UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FREDDIE JABARI WRIGHT,

Plaintiff,

v.

LIEUTENANT STUBBS,

Defendants.

Case No. 2:22-cv-01568-APG-BNW

ORDER

Plaintiff was in the custody of the Nevada Department of Corrections ("NDOC") when he initiated this action by submitting a pro se civil-rights complaint under 42 U.S.C. § 1983 together with an application to proceed *in forma pauperis* ("IFP") for an inmate. (ECF No. 1, 1-1). On September 30, 2022, the Court entered a screening order in which it allowed certain claims to proceed, deferred ruling on the IFP application, and imposed a 90-day stay for the parties to attempt to settle their differences. (ECF No. 3). The Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator. (ECF No. 6). The parties did not reach a settlement at the mediation conference. (*See* ECF No. 10).

The NDOC's Inmate Database reflects that Plaintiff has been released from custody. And Plaintiff appears to have updated his address with the Court accordingly. (ECF No. 9). So the Court now directs Plaintiff to file an application to proceed *in forma pauperis* for a non-inmate within 30 days from the date of this order or pay the full $402 filing fee. The Court will issue an order about service after the matter of payment of the filing fee has been resolved.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* for an inmate (ECF No. 1) is DENIED as moot.

/ / /

IT IS FURTHER ORDERED that the Clerk of the Court is directed to **SEND** Plaintiff the approved form application to proceed *in forma pauperis* for a non-inmate and the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that **on or before March 9, 2023**, Plaintiff shall either (1) file a fully complete application to proceed *in forma pauperis* for a non-inmate, or (2) pay the full $402 filing fee.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* for a non-inmate or pay the filing fee.

DATED: February 9, 2023.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE